IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBIN R. JORDAN, | ) | Case # 4:08-cv-3217 |
| | ) | |
| Plaintiff, | ) | ORDER TO PROCEED |
| | ) | IN FORMA PAUPERIS |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER, SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff has submitted a motion to proceed in forma pauperis. After reviewing the request, I shall waive payment of any fees and grant plaintiff leave to proceed in forma pauperis.

IT IS THEREFORE HEREBY ORDERED:

Plaintiff's motion to proceed in forma pauperis, filing no. 2, is granted. The Clerk of the Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

DATED this 27th day of October, 2008.

BY THE COURT

s/ David L. Piester

David L. Piester
United States Magistrate Judge