IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBIN R. JORDAN, | ) | Case # 4:08-cv-3217 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | FOR EXTENSION OF TIME |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER, SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of Plaintiff's Motion for Extension of Time, filing no. 14, and for good cause shown, the Court hereby orders that the requested extension of time be granted. Plaintiff's brief shall be filed by March 9, 2009. Defendant's brief shall be filed by April 9, 2009. Plaintiff may file a reply brief by April 23, 2009, and the case shall be ripe for decision on April 27, 2009.

IT IS SO ORDERED.

Dated this 4th day of February, 2009.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge