```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

ROBIN R. JORDAN,                  )
                                  )
              Plaintiff,          )        4:08CV3217
                                  )
       v.                         )
                                  )
MICHAEL J. ASTRUE,                )        ORDER
Commissioner, Social Security     )
Administration,                   )
                                  )
              Defendant.          )
                                  )
```

IT IS ORDERED:

Defendant's motion for extension of deadline, filing no. 17, is granted and the deadline for defendant's brief is extended to May 11, 2009. Plaintiff may file a reply brief by May 26, 2009. The case shall be ripe for decision on June 2, 2009.

DATED this 6th day of April, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge